## TILLINGHAST *v.* VAN BUSKIRK.

**ERROR TO THE SUPREME COURT OF THE STATE OF NEW YORK.**

No. 32. Argued January 7 and 8, 1869. — Decided February 8, 1869.

*Green* v. *Van Buskirk*, 7 Wall. 139, followed.

THE case is stated in the opinion.

MR. JUSTICE DAVIS delivered the opinion of the court.

This case is in all respects like the case of *Green* v. *Van Bus-*

*kirk,* 7 Wall. 139, decided. at this term, and no separate opinion is necessary.

The judgment of the Supreme Court of the State of New York is reversed, and the cause is remitted to that court, with directions to enter judgment for the plaintiffs in error.

*Reversed.*

*Mr. Amasa J. Parker* and *Mr. Lyman Trumbull* for plaintiffs in error.

*Mr. J. S. Black, Mr. J. M. Carlisle, Mr. J. B. Gale* and *Mr. J. K. Porter* for defendants in error.